# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TATE, | 1:10cv1854 LJO DLB |
|     Plaintiff, | ORDER DIRECTING CLERK OF COURT TO REDESIGNATE ACTION AS A REGULAR CIVIL CASE |
|     v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
|     Defendants. | |

    Plaintiff David Tate ("Plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, filed his complaint pursuant to 42 U.S.C. § 1983 on October 7, 2010.  Review of the complaint reveals that Plaintiff's civil rights case does not involve the conditions of his confinement.

    Therefore, the Clerk of Court is DIRECTED to redesignate this action to reflect that it is a regular civil case.

    No scheduling conference should be set at this time.

    IT IS SO ORDERED.

    Dated:   **May 2, 2011**                                **/s/ Dennis L. Beck**
                                                                                                          UNITED STATES MAGISTRATE JUDGE